# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE THE WENDY'S COMPANY SHAREHOLDER DERIVATIVE ACTION | ) CASE NO: 1:16-cv-01153-TSB<br>) JUDGE TIMOTHY S. BLACK<br>)<br>) |

## ORDER GRANTING PLAINTIFF JAMES GRAHAM'S MOTION TO FILE UNDER SEAL

This matter is before the Court on Plaintiff James Graham's Motion to file the following documents under seal: (i) Plaintiff Graham's Reply in Support of Motion for Preliminary Approval of Derivative Litigation Settlement and in Response to Plaintiff Thomas Caracci's Opposition; (ii) Declaration of Stuart J. Guber; and (iii) Declaration of Ralph B. Levy.

Upon consideration and for good cause shown, the Motion is hereby GRANTED.

SO ORDERED.

Dated: April 11, 2019

_____
Timothy S. Black
United States District Court Judge

045688.978.13248429_1.docx