# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE THE WENDY'S COMPANY SHAREHOLDER DERIVATIVE ACTION | ) ) ) ) ) ) CASE NO: 1:16-cv-01153-TSB<br>JUDGE TIMOTHY S. BLACK |

**PLAINTIFF THOMAS CARACCI'S MOTION FOR LEAVE TO FILE UNDER SEAL HIS OBJECTION TO PROPOSED SETTLEMENT AND FOR RELIEF FROM THE MEDIATION PRIVILEGE**

Plaintiff Caracci, by and through his undersigned counsel, hereby respectfully moves the Court for order(s) granting him: (i) leave to file under seal his objection (the "Objection") to the proposed settlement (the "Proposed Settlement") detailed in Plaintiff Graham's forthcoming Motion for Final Approval of Derivative Litigation Settlement; and (ii) relief from imposition of the mediation privilege. The Motion is based on the accompanying Memorandum of Law, the complete files and records in this consolidated derivative action, and such oral argument as the Court may deem necessary and consider in deciding this Motion.

Dated: July 16, 2021

**OF COUNSEL:**

**NEWMAN FERRARA LLP**
Jeffrey M. Norton (admitted *pro hac vice*)
Roger A. Sachar (admitted *pro hac vice*)
1250 Broadway, 27th Fl.
New York, NY 10001
Telephone: (212) 619-5400
Facsimile: (212) 619-3090
Email: jnorton@nflp.com
Email: rsachar@nfllp.com

**KAHN SWICK & FOTI, LLC**
Melinda A. Nicholson (admitted *pro hac vice*)
1100 Poydras St., Suite 3200
New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
Email: melinda.nicholson@ksfcounsel.com

*Counsel for Plaintiff Thomas Caracci*

Respectfully submitted,

**RICHARD L. NORTON, ATTORNEY AT LAW**

By: *s/ Richard L. Norton*
Richard L. Norton
4540 Cooper Road
Suite 304
Cincinnati, OH 45242
Telephone: (513) 698-9340
Facsimile: (513) 345-2595
Email: richard@richardnortonlaw.com

*Local Counsel for Plaintiff Thomas Caracci*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 16, 2021, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

*s/ Richard L. Norton*
Richard L. Norton
