**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | |
|---|---|
| **IN RE THE WENDY'S COMPANY SHAREHOLDER DERIVATIVE ACTION,** | Case No. 1:16cv1153 |

**JUDGMENT IN A CIVIL CASE**

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| X | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

The motion for final approval of the settlement (doc. 97) is **GRANTED.** Thomas Caracci's objections are **OVERRULED**. Plaintiff's request for an attorney fee award and expenses is **GRANTED**. Plaintiff's request for an incentive award is **DENIED**..

Date:  September 24, 2021                    RICHARD W. NAGEL, CLERK

                                             By: s/E.Hiltz

                                             E. Hiltz, Deputy Clerk