## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| IN RE THE WENDY'S COMPANY SHAREHOLDER DERIVATIVE ACTION | ) ) ) ) ) ) **CASE NO: 1:16-cv-01153-TSB** **JUDGE TIMOTHY S. BLACK** |

## NOTICE OF APPEAL

Notice is hereby given that Thomas Caracci, a plaintiff in the above named action, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Court Orders: (a) granting Plaintiff Graham's Motion to Appoint Lead Counsel and denying Plaintiff Caracci's Motion to Appoint Lead Counsel (Dkt. No. 49) entered on December 17, 2018; (b) granting Plaintiff Graham's Motion for Preliminary Approval of Derivative Litigation Settlement (Dkt. No. 72), entered on January 24, 2020; (c) granting in part and denying in part Plaintiff Caracci's Motion for Leave to Conduct Discovery (Dkt. No. 84), entered on May 19, 2021; (d) denying Plaintiff Caracci's Motion for Relief from the Mediation Privilege; (e) granting Plaintiff Graham's Motion for Settlement (Dkt. No. 101), entered on September 15, 2021; and (f) the Clerk's Judgment affirming the Order granting the Motion for Settlement (Dkt. No. 102), entered on September 24, 2021.

| | |
|---|---|
| Dated: October 20, 2021 | Respectfully submitted, |

**OF COUNSEL:**

**NEWMAN FERRARA LLP**
Jeffrey M. Norton (admitted *pro hac vice*)
Roger A. Sachar (admitted *pro hac vice*)
1250 Broadway, 27th Fl.
New York, NY 10001
Telephone: (212) 619-5400
Facsimile: (212) 619-3090
Email: jnorton@nflp.com
Email: rsachar@nfllp.com

**KAHN SWICK & FOTI, LLC**
Melinda A. Nicholson (admitted *pro hac vice*)
1100 Poydras St., Suite 3200
New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
Email: melinda.nicholson@ksfcounsel.com

*Counsel for Plaintiff Thomas Caracci*

**RICHARD L. NORTON,
ATTORNEY AT LAW**

By: s/ Richard L. Norton
Richard L. Norton
4540 Cooper Road
Suite 304
Cincinnati, OH 45242
Telephone: (513) 698-9340
Facsimile: (513) 345-2595
Email: richard@richardnortonlaw.com

*Local Counsel for Plaintiff Thomas Caracci*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 20, 2021, a copy of the foregoing **NOTICE OF APPEAL** was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

                                                   *s/ Richard L. Norton*
                                                   Richard L. Norton